**BURSOR & FISHER, P.A.**
L. Timothy Fisher (Bar No. 191626)
Joshua R. Wilner (Bar No. 353949)
Joshua B. Glatt (Bar No. 354064)
Ryan B. Martin (Bar No. 359876)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
        jwilner@bursor.com
        jglatt@bursor.com
        rmartin@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY BEAL and COURTNEY WHETSTONE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MW POLAR FOODS CORPORATION,<br><br>Defendant. | Case No. 3:25-cv-01358-WQH-JLB<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. William Q. Hayes |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing…a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiffs Beverly Beal and Courtney Whetstone, hereby dismiss their claims against Defendant MW Polar Foods Corporation, with prejudice.

Dated: July 25, 2025                **BURSOR & FISHER, P.A**.

By:   /s/ *Ryan B. Martin*
                Ryan B. Martin

L. Timothy Fisher (Bar No. 191626)
Joshua R. Wilner (Bar No. 353949)
Joshua B. Glatt (Bar No. 354064)
Ryan B. Martin (Bar No. 359876)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
        jwilner@bursor.com
        jglatt@bursor.com
        rmartin@bursor.com

*Attorneys for Plaintiffs*

1

CASE NO. 3:25-CV-01358-WQH-JLB